P-26-cv-0002

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

**ALPINE DIVISION**

**PATRICK XUAN MAI,**
 Plaintiff,

v.

**UNITED STATES OF AMERICA,**
 Defendant.

Civil Action No. _____

RECEIVED

JAN 0 8 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

---

# COMPLAINT FOR DAMAGES

**(Federal Tort Claims Act)**

---

# I. JURISDICTION AND VENUE

1. This action is brought pursuant to the **Federal Tort Claims Act** ("FTCA"), 28 U.S.C. §§ 1346(b), 2671–2680.

2. This Court has subject-matter jurisdiction under **28 U.S.C. § 1346(b)(1)** because Plaintiff seeks money damages for personal injury and property damage caused by the negligent and wrongful acts of employees of the United States acting within the scope of their employment.

3. Venue is proper in the **Western District of Texas, Alpine Division**, under **28 U.S.C. § 1402(b)** because the acts and omissions giving rise to this action occurred in **Brewster County, Texas**, near **Big Bend National Park**.

## II. PARTIES

4. Plaintiff **Patrick Xuan Mai** is a United States citizen.

5. Defendant **United States of America** is liable under the FTCA for the acts and omissions of its employees, including agents of **U.S. Customs and Border Protection ("CBP")**, acting within the scope of their federal employment.

---

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Plaintiff timely presented an administrative tort claim to the appropriate federal agency pursuant to **28 U.S.C. § 2675(a)** arising from the January 6, 2025 incident.

7. Prior to any final agency action or denial, Plaintiff **properly amended** his administrative claim to assert a **sum certain of $750,000**, as permitted under **28 C.F.R. § 14.2(c)**.

8. The amended administrative claim was received by the agency before final disposition.

9. The agency thereafter denied the claim or failed to make a final disposition within six (6) months, satisfying the FTCA's exhaustion requirements.

---

## IV. FACTUAL ALLEGATIONS

10. On **January 6, 2025**, Plaintiff was lawfully traveling by vehicle through **Brewster County, Texas**, near Big Bend National Park.

11. Plaintiff encountered a **CBP checkpoint** and complied fully with all instructions given by CBP agents.

12. Plaintiff exited his vehicle when instructed, remained calm and cooperative, and provided valid identification upon request.

13. Despite Plaintiff's compliance and absence of resistance, a CBP agent **forcefully twisted Plaintiff's arm behind his back and placed him in handcuffs**.

14. At the time of the encounter, Plaintiff had a **pre-existing shoulder injury that was actively healing**. The force used by the CBP agent **aggravated and re-injured**

**Plaintiff's shoulder**, causing immediate pain and lasting physical impairment.

15. While restrained, Plaintiff was **forcefully pushed onto a holding bench**, despite posing no threat and despite less forceful alternatives being available.

16. Plaintiff was detained for a period of time, pressured to sign paperwork without adequate explanation, and ultimately released **without citation, charge, or documentation** justifying the detention or use of force.

17. As a direct result of the agents' conduct, Plaintiff suffered:

- Physical injury and aggravation of a pre-existing shoulder condition

- Ongoing pain and restricted mobility

- Emotional distress

- Economic harm related to impaired work performance

18. During the encounter, CBP agents also **damaged Plaintiff's vehicle**, breaking the exterior driver-side door handle.

19. Plaintiff was not compensated for the property damage, which remains unrepaired due to financial hardship.

---

# V. CLAIMS FOR RELIEF

## (Texas Law, as Applied Through the FTCA)

## Count I – Negligence

20. CBP agents owed Plaintiff a duty to exercise reasonable care under the circumstances.

21. CBP agents breached that duty by using **unnecessary and excessive physical force** against a compliant individual.

22. The breach proximately caused Plaintiff's physical injuries, emotional distress, and economic damages.

23. Defendant United States is liable for these acts under **Texas negligence law**, as incorporated through the FTCA.

---

## Count II – Assault and Battery (Texas Law)

24. CBP agents intentionally applied physical force to Plaintiff **without legal justification** and beyond what was reasonably necessary.

25. The contact was harmful and offensive and resulted in bodily injury.

26. Defendant United States is liable for assault and battery under Texas law, as permitted by the FTCA.

---

## Count III – Property Damage

27. CBP agents negligently or wrongfully damaged Plaintiff's vehicle during the encounter.

28. Plaintiff suffered property damage in the amount of **$478**.

---

# VI. DAMAGES

29. Plaintiff seeks damages **not exceeding $750,000**, the amount properly presented in Plaintiff's **amended administrative claim**, including:

- Personal injury damages

- Aggravation of a pre-existing condition

- Pain and suffering

- Emotional distress

- Lost income and economic harm

- **Property damage**

- **Costs as permitted by law**

---

# VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Defendant United States of America;
B. Award compensatory damages consistent with the FTCA and Texas law, not exceeding $750,000;
C. Award costs as permitted by law; and
D. Grant such other and further relief as the Court deems just and proper.

---

# VIII. JURY DEMAND

Plaintiff does **not** demand a jury trial, as jury trials are unavailable under the FTCA.

---

# IX. SIGNATURE

Respectfully submitted,

--------------------------------
Patrick Xuan Mai
Plaintiff, Pro Se
[Anaheim, CA]
[(714)422 8471]
[patrickmai9696@gmail.com]

Date: January 3, 2026

I am expecting approximately $4,000 by the pay period of January 16. In the past 12 months, I received a total of $6,000 in gifts from my parents via bank transfers. From my 1099 self-employment, I received approximately $10,000 over the past 12 months. My current bank account balance is extremely low, and I have no other liquid assets sufficient to pay the filing fee.

Retail

PRESS FIRMLY TO SEAL

 

FSC
MIX
FSC C116910

PAPER POUCH
ow2recycle.info

PRESS FIRMLY TO SEAL

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.


## UNITED STATES
### POSTAL SERVICE ®

# PRIORITY
## MAIL

ected delivery date specified for domestic use.

mestic shipments include $100 of insurance (restrictions apply).*

'S Tracking® service included for domestic and many international destin

ited international insurance.**

en used internationally, a customs declaration form is required.

nce does not cover certain items. For details regarding claims exclusions see the
tic Mail Manual at *http://pe.usps.com.*

ee International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

SCREENED BY CSO

JAN 0 8 2026

RECEIVED

**FROM:** PATRICK MAi
1241 E, MARA PL
ANAHEIM, CA, 92805

ALPir

JAN 0 8 2026

SCREENED B

**TO:**


LA
NE RA

CERTIFIED MAIL


RA

9589 0710 5270 1594 8637 40

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



JAN 0 8 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

USPS.COM/PICKUP



PAPER POUCH
how2recycle.info

U.S. District Clerk's
Office
2450 State Hwy. 118
Alpine, Texas
79830

 **UNITED STATES POSTAL SERVICE** ®

**PRIORITY**® **MAIL**

**RATE ENVELOPE**

ANY WEIGHT

ree Package Pickup,
he QR code.



:OM/PICKUP

<ED ▪ **INSURED**


)1000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.