# Exhibit 1
# Body Video 1