**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | |
|---|---|
| PATRICK XUAN MAI,<br>　　　Plaintiff,<br>v.<br>UNITED STATES OF<br>AMERICA,<br>　　　Defendant. | Civil Action No.<br>4:26-cv-00002-DC-DF |

**DECLARATION OF PATRICK XUAN MAI**

I, Patrick Xuan Mai, declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746, that the following is true and correct based on my personal knowledge:

1. I am the Plaintiff in this action. I am over 18 years old and competent to make this declaration. The facts stated here are based on my personal knowledge and recollection of events I experienced on January 6, 2025.

2. On January 6, 2025, I was traveling by vehicle through Brewster County, Texas, when I was directed to secondary inspection at the U.S. Customs and Border Protection (CBP) checkpoint on Highway 385.

3. When an officer instructed me to exit my vehicle, I complied immediately. I got out, moved away from the vehicle as directed, and stood at a distance from it.

4. I did not resist any instruction. I was cooperative, I stood still, and I did nothing to interfere with the officers or with any inspection of my vehicle.

5. While I was standing away from my vehicle, a CBP officer asked me about an outstanding warrant. I told him I was not aware of any warrant. The officer then stated that the warrant was the reason he was going to detain and handcuff me. He did not give any other reason for handcuffing me; he did not say that handcuffing me was necessary for the search of my vehicle or for officer safety.

6. The officer did not show me any warrant, did not give me a warrant number, and did not perform any verification of a warrant in my presence.

7. As the officer handcuffed me, he twisted my arm behind my back with force. I had a pre-existing shoulder injury that was still healing at the time, and the way my arm was twisted aggravated that injury and caused me pain. I did not tell the officer about the injury.

8. I was then pushed onto a holding bench.

9.    At the time I was handcuffed, I was already out of the vehicle and standing apart from it. No officer was at my vehicle, and no search or inspection of my vehicle had begun. I was not asked to do anything to allow a search of my vehicle to proceed.

10.    Only after I was handcuffed and seated on the bench did officers begin searching my vehicle, including the trunk and interior. I observed the search from the bench, and it went forward without any participation, assistance, or presence from me.

11.    I was eventually released. I was not arrested, charged, or cited, and I was never given any warrant documentation. Before I was released, I was asked to sign a document waiving my right to take legal action over the incident, and I did not sign it.

12.    I have never been provided with, or permitted to view, any video or body-camera recording of this encounter, including the exhibits the Government cited in its Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct.
**Executed on** ____June 8th_____ **, 2026, at __Anaheim, California**_____.

_____
**Patrick Xuan Mai**
**Plaintiff, Pro Se**